GAS 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 9:39 am, Sep 24, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| | ) | (For Revocation of Probation or Supervised Release) |
| **v.** | ) | |
| | ) | Case Numbers: 2:10CR00033-002 |
| Roderick D. Thomas | ) | 2:11CR00015-016 |
| | ) | |
| | ) | USM Number: 16544-021 |
| | ) | |
| | ) | Adrienne Blair Browning |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ admitted guilt to violations of standard conditions, Violations 2 and 4, of the term of supervision.

☒ was found in violation of mandatory and standard conditions, Violations 1 and 3, after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | March 6, 2020 |
| 2 | The defendant associated with a person convicted of a felony and was not granted permission to do so by the probation officer (standard condition). | March 6, 2020 |
| 3 | The defendant purchased, possessed, used, distributed, or administered controlled substances or any paraphernalia related to any controlled substances (standard condition). | March 6, 2020 |

The defendant is sentenced as provided in pages 3 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated the standard condition, Violation 5, and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 9024

Defendant's Year of Birth: 1988

City and State of Defendant's Residence:

Brunswick, Georgia

September 23, 2020
Date of Imposition of Judgment

Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

September 23, 2020
Date

GAS 245D        (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 5

DEFENDANT:         Roderick D. Thomas
CASE NUMBER:       2:10CR00033-002
                   2:11CR00015-016

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | The defendant left the judicial district without the permission of the court or the probation officer (standard condition). | March 6, 2020 |

GAS 245D       (Rev. 09/11) Judgment in a Criminal Case for Revocations

DEFENDANT:        Roderick D. Thomas
CASE NUMBER:      2:10CR00033-002
                  2:11CR00015-016

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 12 months.  This term consists of 10 months as to each count in U.S. District Court Docket 2:10CR00033-002 and 12 months as to U.S. District Court Docket 2:11CR00015-016, all to be served concurrently.  It is the Court's intention that the defendant receive credit for time served.

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the federal facility in Jesup, Georgia, is recommended.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

GAS 245D          (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 4 of 5

DEFENDANT:          Roderick D. Thomas
CASE NUMBER:        2:10CR00033-002
                    2:11CR00015-016

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>12 months as to each U.S. District Court</u>
<u>Docket, to be served concurrently.</u>

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from
the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled
substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests
thereafter, as determined by the court.

☐     The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future
    substance abuse.  *(Check. if applicable.)*

☒     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☒     The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check. if applicable.)*

☐     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*)
    as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides,
    works, is a student, or was convicted of a qualifying offense. *(Check. if applicable.)*

☐     The defendant shall participate in an approved program for domestic violence. *(Check. if applicable.)*

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the
Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional
conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other
    acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled
    substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of
    a felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of
    any contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
    permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal
    record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the
    defendant's compliance with such notification requirement.

14)   any possession, use, or attempted use of any device to impede or evade drug testing shall be a violation of supervised release.

GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

DEFENDANT:      Roderick D. Thomas
CASE NUMBER:      2:10CR00033-002
2:11CR00015-016

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit his person, property, house, residence, office, papers, vehicle, computers (as defined in 18 U.S.C. § 1030(e)(1)), or other electronic communications or data storage devices or media, to a search conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

2. A curfew is imposed as a special condition of supervised release. The defendant shall comply with the conditions of a curfew from 9:00 p.m. until 6:00 a.m. for the period of supervision. During this time, the defendant will remain at his place of residence at all times and shall not leave except when such leave is approved in advance by the probation officer.

# ACKNOWLEDGMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and-or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)     _____     _____
            Defendant                                  Date

     _____     _____
            U.S. Probation Officer/Designated Witness        Date